**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **KEPHART CONSULTING, LLC,** | |
| **Plaintiff,** | **Case No.: 7:24-cv-00234-DC-DTG** |
| **v.** | |
| **FACEFIRST, INC.,** | **Jury Trial Demanded** |
| **Defendant** | |

**ORDER on DEFENDANT'S MOTION TO DISMISS**

The Court, having reviewed Defendant's Motion to Dismiss, Plaintiff's response and all other pleadings of record is of the OPINION that it should be DENIED, Accordingly, it is ORDERED that Defendant's Motion is DENIED.

_____
Date

_____
Honorable Judge Presiding